IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ANTOINE DAVIS                                                                PLAINTIFF

v.                Civil No. 06-5148

ARAMARK; DR. HOWARD; WASHINGTON
COUNTY JAIL; and DOCTOR AND NURSES
OF THE WASHINGTON COUNTY JAIL
MEDICAL STAFF                                     DEFENDANTS

**ORDER**

Plaintiff has submitted for filing in this district a civil rights complaint pursuant to 42 U.S.C. § 1983. We find the complaint should be provisionally filed prior to a determination regarding plaintiff's status as a pauper and service of process. The United States District Clerk is hereby directed to file the complaint.

Plaintiff's in forma pauperis application has been returned without filing for completion of answers to questions 3a through 3f and certification regarding any inmate funds being held in his name. Plaintiff is given up to and including August 31, 2006, in which to provide answers to questions 3a through 3f, have the appropriate officer complete the certification, and return the application to this court for review and filing. **Should plaintiff fail to return the application within the required period of time, his complaint will become subject to summary dismissal for failure to obey a court order.**

IT IS SO ORDERED this 9th day of August 2006.

/s/ Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE

WESTERN DISTRICT ARKANSAS
FILED
AUG 11 2006
CHRIS R. JOHNSON, CLERK
BY
    DEPUTY CLERK

AO 72A
(Rev. 8/82)