IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ANTOINE DAVIS                                                              PLAINTIFF

v.                            Civil No. 06-5148

DR. HOWARD; NURSE
SHIRLEY MOSS; MS.
SUSAN CURE; MS. BECKY;
MS. CARLA; NURSE RHONDA;
and NURSE SUSANS
                                                                           DEFENDANTS

O R D E R

Now on this 10th day of April, 2007, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #11, filed March 7, 2007), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Davis's claims stemming from the deductions from his inmate account and the alleged overcharging for medical care are hereby **dismissed. Therefore, all claims against the following individuals are dismissed: (1) Ms. Susan Cure; (2) Ms. Becky; (3) Ms. Carla; (4) Nurse Rhonda; and (5) Nurse Susan.**

**This case is referred back to Hon. James R. Marschewski for further report and recommendation regarding Davis' claim that he was denied adequate medical care by Dr. Howard and Nurse Shirley Moss.**

IT IS SO ORDERED.

/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE