IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ANTOINE DAVIS                                                                PLAINTIFF

v.                         Case No.: 06-5148

Dr. HOWARD;
NURSE SHIRLEY MOSS,
*in both individual and official capacities*                    DEFENDANTS

## ORDER

As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before November 12, 2007. Plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 12th day of October 2007.

                                                     /s/ *J. Marschewski*
                                                     HONORABLE JAMES R. MARSCHEWSKI
                                                     UNITED STATES DISTRICT COURT