IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ANTOINE DAVIS                                                               PLAINTIFF

      v.              Civil No. 06-5148

DOCTOR HOWARD;
NURSE SHIRLEY MOSS                                                          DEFENDANTS

### O R D E R

NOW on this 7th day of May 2008, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #23), filed on March 28, 2008, and the Court, being well and sufficiently advised that there has been no objection thereto, finds that the Report and Recommendation should be, and it hereby is, adopted *in toto*.

**IT IS THEREFORE ORDERED** that, for the reasons set forth therein, the **Report and Recommendation of the Magistrate Judge** is **adopted** *in toto*. Accordingly, Defendants' Motion for Summary Judgment (document #18) is hereby **granted in its entirety**.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, this case is hereby **dismissed**.

**IT IS SO ORDERED.**

/s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE